<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

---

**No. 97-2041**

---

JOSEPH C.V. FERRUSI,

Plaintiff - Appellant,

versus

JEFFREY M. EVANS; RUSSELL L. HAWES; DAVID
BADAL, III; DAVID M. BARR; JOHN A. PRIDDLE;
ROBERT A. MORRIS; PATRICK C. PALMORE; ABRAM
SHULSKY,

Defendants - Appellees.

---

**No. 97-2660**

---

JOSEPH C.V. FERRUSI,

Plaintiff - Appellant,

versus

JEFFREY M. EVANS; RUSSELL L. HAWES; DAVID
BADAL, III; DAVID M. BARR; JOHN A. PRIDDLE;
ROBERT A. MORRIS; PATRICK C. PALMORE; ABRAM
SHULSKY,

Defendants - Appellees.

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CA-96-1699-A)

Submitted:  June 9, 1998                    Decided:  June 30, 1998

Before NIEMEYER and MICHAEL, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Joseph C.V. Ferrusi, Appellant Pro Se.  John Minh Tran, Michael D. Breen, GREENBERG, BRACKEN & TRAN, Alexandria, Virginia; John Murray Ballenger, THOMAS, BALLENGER, VOGELMAN & TURNER, P.C., Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders granting Defendants' motion to dismiss, motion for summary judgment and motion for attorney's fees, and denying Appellant's motions for reconsideration. We have reviewed the record and the district court's opinions and orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Ferrusi v. Evans</u>, No. CA-96-1699-A (E.D. Va. Mar. 12, Apr. 21, July 9, Sept. 11 & 30, & Nov. 19, 1997). We find counts I and III alleging defamation to be barred by the statute of limitations under Virginia law. <u>See</u> Va. Code Ann. §§ 8.01-247.1, 8.01-230 (Michie Supp. 1997). We deny Appellees' motion for sanctions in this court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>